# Henry v. The State.

Appeal from the City Court of Montgomery.

Tried before the Hon. William H. Thomas.

No counsel marked as appearing for appellant.

Massey Wilson, Attorney-General, for the State.

The appellant in this cast, Minerva Henry, was indicted, tried and convicted for removing property upon which there was a lien.

The judgment of conviction is affirmed.

Opinion by Dowdell, J.